```
                    UNITED STATES BANKRUPTCY COURT
                      Western District of Missouri
```

In re:                              )
                                    )
Christopher Shell,                  )
           Debtor,                  )
                                    ) Case No. 10-45929
                                    )
                                    ) Chapter 13

## DEBTOR'S AMENDMENT TO CHAPTER 13 PLAN

Comes Now Debtor, Christopher Shell, by and through his attorney of record, Jason C. Amerine, and amends his Chapter 13 Plan to reflect the following:

1. That Debtor's Chapter 13 Plan is amended to state that Debtor has a pending or potential worker's compensation claim. Any net non-exempt proceeds which become liquidated during the applicable commitment period will be turned over to the Trustee for the benefit of the unsecured creditors absent other Court order and absent other agreement with the Trustee.

2. That all other provisions of Debtor's Chapter 13 Plan are to remain the same.

```
                              Respectfully Submitted,

                              Castle Law Office of Kansas City

                              By: /s/Jason C. Amerine
                              Jason C. Amerine #50857
                              818 Grand Blvd.
                              Suite 700
                              Kansas City, MO 64106
                              P: 816-842-6200
                              F: 816-421-5403
```

## Certificate of Service

     The undersigned hereby certifies that a true and accurate copy of the foregoing Amendment to Chapter 13 Plan was served first-class mail, postage prepaid, or via electronic filing on the following parties this December 10, 2010.

                                        /s/Jason C. Amerine
                                        Jason C. Amerine #50857

Mr. Richard V. Fink
Chapter 13 Trustee
818 Grand Blvd. Ste. 800
Kansas City, MO 64106